IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANTONIO RODRIGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18-cv-01985 |
| | ) |
| QUEST DIAGNOSTICS CLINICAL | ) |
| LABORATORIES, INC. | ) |
| | ) JURY TRIAL REQUESTED |
| **SERVE:** | ) |
| CSC-LAWYERS INCORPORATING | ) |
| SEVICE COMPANY | ) |
| 221 Bolivar Street | ) |
| Jefferson City, MO 65101 | ) |
| | ) |
| Defendant. | ) |

## DISMISSAL MEMORANDUM

COMES NOW, Plaintiff Antonio Rodrigo ("Rodrigo") and hereby dismisses its cause of action.

KAPLAN ASSOCIATES, LLC

By: /s/ Lawrence P. Kaplan
Lawrence P. Kaplan, 19782
101 South Hanley Road, Suite 1310
Saint Louis, Missouri 63105
Telephone: 314/863-2929
Facsimile: 314/863-9777
lkaplan@ka-law.com
*Attorneys for Antonio Rodrigo*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed via the Court's ECF System on the 27th day of November, 2018.

/s/Lawrence P. Kaplan

{00037552.DOC}1